70 A.3d 660

IN THE MATTER OF FREDERICK J. HEISSENBUTTEL, AN ATTORNEY AT LAW (ATTORNEY NO. 000151973).

July 26, 2013.

## ORDER

The Director of the Office of Attorney Ethics having reported to the Court that **FREDERICK J. HEISSENBUTTEL** of **WAYNE**, who was admitted to the bar of this State in 1973, has been legally adjudged to be an incapacitated person, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–12(a), **FREDER-ICK J. HEISSENBUTTEL** be transferred to disability inactive status, effective immediately and until the further Order of the Court;  and it is further

ORDERED that **FREDERICK J. HEISSENBUTTEL** is hereby restrained and enjoined from practicing law during the period he remains on disability inactive status;  and it is further

ORDERED that **FREDERICK J. HEISSENBUTTEL** comply will *Rule* 1:20–20 governing incapacitated attorneys;  and it is further

ORDERED that the record in this matter be made a permanent part of respondent's file as an attorney at law of this State.